IN THE SUPREME COURT OF THE STATE OF DELAWARE

DERRICK CAUDLE, §
§
    Defendant Below, § No. 266, 2025
    Appellant, §
§ Court Below—Superior Court
    v. § of the State of Delaware
§
STATE OF DELAWARE, § Cr. ID No. 1802012108 (N)
§
    Appellee. §

Submitted:  October 20, 2025
Decided:    December 15, 2025

Before **SEITZ**, Chief Justice; **VALIHURA** and **GRIFFITHS**, Justices.

## ORDER

After careful consideration of the opening brief, motion to affirm, and the record on appeal, the Court concludes that the judgment below should be affirmed on the basis of the Superior Court's May 20, 2025 order denying the appellant's motion for correction of illegal sentence.[1]

NOW, THEREFORE, IT IS ORDERED that the motion to affirm is GRANTED, and the judgment of the Superior Court is AFFIRMED.

BY THE COURT:

*/s/ Collins J. Seitz, Jr.*
Chief Justice

---

[1] *State v. Caudle*, 2025 WL 1446443 (Del. Super. Ct. May 20, 2025).